**ALLEN DYER DOPPELT MILBRATH & GILCHRIST, P.A.**

INTELLECTUAL PROPERTY ATTORNEYS

Herbert L. Allen
Robert Dyer
Ava K. Doppelt
Stephen D. Milbrath
Brian R. Gilchrist
Christopher F. Regan
David L. Sigalow
Richard K. Warther
Enrique G. Estévez, Ph.D.
Michael W. Taylor
John F. Woodson II
Stephen H. Luther

Jeffrey S. Boyles
Ryan T. Santurri
Paul J. Ditmyer
Bridget H. Labutta
Gregory B. Allen
Jack G. Abid
David S. Carus
David W. Magana
Allison R. Imber
Jeremy B. Berman
Justin R. Sauer

Of Counsel:
Arthur G. Yeager
Crystal Broughan
Robert H. Thornburg

Patent Agent:
Carl M. Napolitano, Ph.D.

adoppelt@addmg.com

August 30, 2010

**VIA ECF**

Honorable Senior District Judge Denis R. Hurley
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

> Re: *Lifetime Brands, Inc. and Kirkland's Stores, Inc. v. Tropical Imports By DAMAR, LLC and Fuzhou Shanmin Handicrafts Co., Ltd.*, Case No: 10-3611

Dear Judge Hurley:

On behalf of Lifetime Brands, Inc. and Kirkland's Stores, Inc. ("Plaintiffs") and Tropical Imports By DAMAR, LLC ("Defendant"), the undersigned counsel submit this request for an extension of time for Defendant to respond to the complaint filed by Plaintiffs with this Court on August 5, 2010, and served on Defendant on August 9, 2010.

The deadline for Defendant to respond to the complaint is August 30, 2010, and Plaintiffs have stipulated to a twenty (20) day extension of that deadline, until **September 20, 2010**. Neither Plaintiffs nor Defendant have made any previous requests for an extension. There are no other scheduled dates that would be affected by this extension.

We respectfully request that Your Honor grant the extension of time for Defendant to respond to the complaint.

/s/ Mark S. Lafayette
Mark S. Lafayette
Counsel for Plaintiffs,
Lifetime Brands, Inc. and
Kirkland's Stores, Inc.

/s/ Ava K. Doppelt
Ava K. Doppelt
Counsel for Defendant,
Tropical Imports By DAMAR, LLC

**Orlando Office (Main)**
255 South Orange Ave.
Suite 1401
Orlando, FL 32801
Mail To: P.O. Box 3791
Orlando, FL 32802-3791
tel: 407-841-2330
fax: 407-841-2343

**Winter Springs Office**
1135 E. State Road 434, Suite 3001
Winter Springs, FL 32708
tel: 407-796-5051  fax: 407-796-5065

**Melbourne Office**
1901 S. Harbor City Blvd., Suite 509
Melbourne, FL 32901
tel: 321-725-4760  fax: 321-984-7078

**Jacksonville Office**
1301 Riverplace Blvd., Suite 1916
Jacksonville, FL 32207
tel: 904-398-7000  fax: 904-398-7003

**Tampa Office**
2202 N. West Shore Blvd., Suite 200
Tampa, FL 33607
tel: 813-639-4222  fax: 407-841-2343

**Miami Office**
777 Brickell Ave., Suite 1114
Miami, FL 33131
tel: 305-374-8303  fax: 305-374-8306



www.addmg.com